UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HARMEETINDER BASSI, M.D.,

                                                    19-CV-7542-NSR

          Plaintiff,

  -against-                                    **NOTICE OF APPEARANCE**

NEW YORK MEDICAL COLLEGE, PHELPS
MEMORIAL HOSPITAL ASSOCIATION d/b/a PHELPS
HOSPITAL, NORTHWELL HEALTH, INC., OPEN DOOR
FAMILY MEDICAL CENTER, INC. d/b/a OPEN DOOR
FAMILY MEDICAL GROUP, and SHANTIE
HARKISOON, M.D.,

          Defendants.
------------------------------------------------------------------------x

      The undersigned asserts that he is admitted to practice in this Court, and hereby enters his appearance as counsel of record for the following defendants in this matter:

      Phelps Memorial Hospital Association d/b/a Phelps Hospital

      Northwell Health, Inc.

      Shantie Harkisoon, M.D.

Dated: New York, New York
       October 21, 2019

                                     COLLAZO FLORENTINO & KEIL LLP

                                     By:_____
                                          John P. Keil

                                     747 Third Avenue, 25th Floor
                                     New York, NY 10017-2803
                                     (212) 758-7600
                                     E-mail: jkeil@cfk-law.com
                                     Fax: 212-758-7609

cc: Peter A. Basso, Esq. (via ECF)
Counsel for Plaintiff Harmeetinder Bassi, M.D.
Basso & Khare LLC
17 State Street, Ste. 4000
New York, NY 10004
(201) 620-6720
Email: peter@bassokhare.com
Fax: (201) 620-6720

Joshua Parkhurst, Esq. (via ECF)
Co-counsel for Plaintiff Harmeetinder Bassi, M.D.
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, BY 10004
(201) 577-2644
Email: jparkhurst@parkhurstlawfirm.com
Fax: (212) 480-8560