UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HARMEETINDER BASSI, M.D.,

                19-CV-7542-NSR

        Plaintiff,

-against-                    **RULE 7.1(a) DISCLOSURE STATEMENT**

NEW YORK MEDICAL COLLEGE, PHELPS
MEMORIAL HOSPITAL ASSOCIATION d/b/a PHELPS
HOSPITAL, NORTHWELL HEALTH, INC., OPEN DOOR
FAMILY MEDICAL CENTER, INC. d/b/a OPEN DOOR
FAMILY MEDICAL GROUP, and SHANTIE
HARKISOON, M.D.,

        Defendants.
------------------------------------------------------------------------x

      John P. Keil, a member of the firm of Collazo Florentino & Keil LLP, attorneys for Phelps Memorial Hospital Association d/b/a Phelps Hospital and Northwell Health, Inc., makes the following disclosure pursuant to Fed. R. Civ. P. 7.1(a):

      Phelps Memorial Hospital Association is an indirect subsidiary of Northwell Health, Inc., formerly known as North Shore-Long Island Jewish Health System, Inc. Northwell Health, Inc. and Phelps Memorial Hospital Association are not-for-profit corporations organized under the laws of the State of New York. Neither of these entities is publicly traded, nor do they have any corporate parents, subsidiaries, or shareholders that are publicly held.

Dated: New York, New York
       October 21, 2019

                            COLLAZO FLORENTINO & KEIL LLP

                            By:_____
                               John P. Keil

       747 Third Avenue
       New York, NY 10017-2803
       (212) 758-7600
       (212) 758-7609 (fax)
Attorneys for Defendants
Northwell Health, Inc., Phelps
Memorial Hospital Association, and
Shantie Harkisoon, M.D.

cc:

Joshua Samuel Carlo Parkhurst, Esq. (via ECF)
Counsel for Dr. Harmeetinder Bassi
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, NY 10004

Peter Alfred Basso, Esq. (via ECF)
Counsel for Dr. Harmeetinder Bassi
Basso & Khare LLC
17 State Street
Suite 4000
New York, NY 10004