**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARMEETINDER BASSI, M.D.,

                Plaintiff,

-against-                            19 **CIVIL** 7542 (NSR)

                                              **JUDGMENT**

NEW YORK MEDICAL COLLEGE, PHELPS
MEMORIAL HOSPITAL ASSOCIATION, d/b/a
PHELPS HOSPITAL, NORTHWELL HEALTH,
INC. d/b/a OPEN DOOR FAMILY MEDICAL
GROUP, and SHANTIE HARKISOON, M.D.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 2, 2023, Defendants' motions for summary judgment are GRANTED. Plaintiff's cross-motion for summary judgment is DENIED. Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     March 2, 2023

                                                               **RUBY J. KRAJICK**

                                                                              **Clerk of Court**

                          **BY:**        *K. Mango*

                                                                              **Deputy Clerk**